UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LUIS DIAZ, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16-cv-11579-NMG |
| | ) | |
| JEREMY DREW, et al., | ) | |
|     Defendants. | ) | |

## MOTION FOR EXEMPTION FROM LOCAL RULE 7.1(A)(2)

Jeremy Drew, Elena Clodius, Harrold Wilkes, Mathew Sawash, William Byrnes, and Michael Kasprzak, defendants in the above-captioned action who have thus far been served, respectfully request that this Court exempt them from the requirements of Local Rule 7.1(A)(2) for the accompanying Motion for Extension of Time, and for all subsequent motions that may be filed in this matter. As grounds therefor, Defendants assert that Plaintiff Luis Diaz is a *pro se* detainee and any attempts to confer with him prior to filing of motions would be unduly burdensome and unlikely to serve a useful purpose.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

Dated: April 14, 2017

/s/Richard E. Gordon
Richard E. Gordon, BBO #678741
Department of Correction-Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110
617-727-3300 ext. 1199
Richard.Gordon@MassMail.State.MA.US

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be mailed to those indicated as non-registered participants, including the *pro se* plaintiff at the following address:

> Luis Diaz (A126086)
> MCI-Cedar Junction
> Route 1A, PO Box 100
> South Walpole, MA 02071

Dated: April 14, 2017                  /s/Richard E. Gordon
                                                        Richard E. Gordon, BBO #678741